1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10
11

ANNETTE JONES,                               ) Case No. CV 10-0168 JCG
                                             )
12              Plaintiff,                    )
                                             )
13        v.                                  ) **JUDGMENT**
                                             )
14  MICHAEL J. ASTRUE,                        )
    COMMISSIONER OF SOCIAL                    )
15  SECURITY ADMINISTRATION,                  )
                                             )
16                                            )
              Defendant.                      )
17                                            )
                                             )
18  _____   )

19
20        IT IS ADJUDGED that the decision of the Commissioner of the Social

21  Security Administration is **AFFIRMED**.

22

23  DATED: January 5, 2011.

24

25                                    _____
                                              Hon. Jay C. Gandhi
26                                      United States Magistrate Judge

27

28